UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DAWN TALOS
on behalf of herself and all
others similarly situated,

       Plaintiff,

Case No.: 19-cv-134

    v.

CELESTIAL CARE, INC.

       Defendant

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Dawn Talos, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed with prejudice and without costs to either party.

Dated: June 17, 2019    By: *s/ Scott S. Luzi*
                                     Scott S. Luzi, SBN 1067405
                                     Walcheske & Luzi, LLC
                                     15850 W. Bluemound Road, Suite 304
                                     Brookfield, Wisconsin 53005
                                     Telephone: (262) 780-1953
                                     Email: sluzi@walcheskeluzi.com

                                     *Attorneys for Plaintiff*